LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
—

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                    SAMANTHA ENGST-MANSILLA
—                                                                                    *Paralegal*

AMY E. GREER
JACOB C. EISENMANN

April 7, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
(Abrams_NYSDChambers@nysd.uscourts.gov)

Application granted.  The VOSR is adjourned
to April 24, 2026 at 2:30 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 7, 2026

Re:     *United States v. Evangelista*,
            24 Cr. 449 (RA)

Dear Judge Abrams:

This letter is respectfully submitted in connection with the above-named Violation of Supervised Release ("VOSR"), in which I represent the defendant, George Evangelista.  For the reasons set forth below, it is respectfully requested that the Court adjourn until after April 22, 2026, the court appearance scheduled for this Thursday, April 9, 2026, at 2 p.m.  I have been in contact with both Assistant United States Attorney Samantha Fry and United States Probation Officer Michael Eistreicher, and they have informed me the government and Probation Office are in agreement with this request.

The reason for the adjournment is that Mr. Evangelista was in New York State court yesterday for an appearance regarding his Yonkers City Court case.  However, the superseding information transferring the matter to that court has yet to be filed.  As a result, the case was adjourned until April 26, 2026.

Consequently, since the status and disposition of the New York State case is an essential factor for Mr. Evangelista to consider with respect to the VOSR, it is respectfully submitted that there would not be anything to accomplish at Thursday's conference, and would simply be an expenditure of judicial, government, and Criminal Justice Act resources without effect.

LAW OFFICES OF
**DRATEL & LEWIS**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
April 7, 2026
Page 2 of 2

It is also respectfully requested that the date of the conference *not* be scheduled for the following days on which one or all of the parties are unavailable:

April 23, 2026
April 27, 2026
April 28, 2026 (unavailable until afternoon)
April 29, 2026
May 5, 2026
May12-15, 2026
May 18, 2026
May 22, 2026 (unavailable until afternoon)

Accordingly, it is respectfully requested that the Court adjourn the conference set for Thursday, April 9, 2026, until a date after April 22, 2026, excluding the dates noted above on which the parties are not available.

Respectfully submitted,

Joshua L. Dratel

JLD/